[No. 26891-1-I. Division One. October 14, 1991.]

DONALD K. FLECK, ET AL, *Respondents*, v. KENDALL D. GENTRY, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 90-2-00032-2, Stanley K. Bruhn, J., entered August 20, 1990. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse, C.J., and Agid, J.

[No. 26660-8-I. Division One. October 14, 1991.]

GOLI'S AVENUES OF TRAVEL, LTD., *Respondent*, v. RANDY HUTTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-2-14911-9, James D. McCutcheon, Jr., J., entered July 23, 1990. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Webster, A.C.J., and Pekelis, J.

[No. 25728-5-I. Division One. October 14, 1991.]

JOHN MURRAY, *Respondent*, v. BOARD OF REGENTS OF THE UNIVERSITY OF WASHINGTON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 86-2-16730-7, John W. Riley, J. Pro Tem., entered February 2, 1990. *Reversed* and *remanded* by unpublished opinion per Kennedy, J., concurred in by Grosse, C.J., and Baker, J.

[No. 14434-4-II. Division Two. October 16, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON A. YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 90-1-00204-0, David E. Foscue, J., entered November 5, 1990. *Affirmed* by unpublished